UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD JORGENSON,

    Petitioner,

v.                                             CASE NO: 8:05-CV-372-T-27TBM

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

Petitioner, an inmate of the Florida penal system proceeding pro se, initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his 1995 conviction for first-degree murder entered by the Tenth Judicial Circuit Court, Polk County, Florida (Dkt. 1 at 2). On April 28, 2005, the Court entered an order directing Respondent to file a response to the petition (Dkt. 5). The envelope in which the order was mailed was returned to the Clerk as undeliverable on April 29, 2005, with an annotation that Petitioner is deceased.

The Court takes judicial notice of information available on the Florida Department of Corrections Offender Information Network, viewed May 11, 2005, confirming that Petitioner is deceased. See Fed. R. Evid. 201.

**ACCORDINGLY**, the Court **ORDERS** that:

1. The petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk shall enter judgment accordingly, terminate all pending motions, and close this case.

**ORDERED** at Tampa, Florida, on _May 16th_, 2005.

_____
JAMES D. WHITTEMORE
United States District Judge

SA: jsh

Copy to: All Parties of Record